against the weight of the evidence and was unsupported by substantial evidence in that Director established a prima facie case for revocation of Driver's license. The trial court reinstated Driver's license because it found that there were no reasonable grounds to believe Driver was driving while intoxicated.

We have reviewed Director's brief and the record on appeal and find that the trial court's judgment was not in error. A written opinion reciting the facts and restating the law would have no precedential value. The parties have been furnished with a memorandum for their information only, which sets forth the reasons for our decision.

The decision of the trial court is affirmed pursuant to Rule 84.16(b).

Before BOOKER T. SHAW, P.J., LAWRENCE G. CRAHAN, J., and GEORGE W. DRAPER III, J.

### ORDER

PER CURIAM.

Reginald Evans ("Movant") appeals the denial without an evidentiary hearing of his motion for post-conviction relief pursuant to Rule 24.035. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

---

**Reginald EVANS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 82314.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 18, 2003.

Jo Ann Rotermund, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Jefferson City, MO, for respondent.

---

**Kelly Don CISCO,
Petitioner/Respondent,**

v.

**Angela (Cisco) AUBUCHON,
Respondent/Appellant.**

No. ED 81087.

Missouri Court of Appeals,
Eastern District,
Southern Division.

Nov. 18, 2003.

Rebecca C. Steward, Sikeston, MO, for Appellant.